UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80355-CIV-MARRA

MERRILL LYNCH, PIERCE, FENNER
& SMITH, INC.,

Plaintiff,

vs.

TAMARA SMOLCHEK and MERI
RAMAZIO,

Defendants.
_____/

## JUDGMENT

THIS CAUSE is before the Court upon the separately entered order which denied the petition to vacate the arbitration award and confirmed the award entered in the underlying arbitration.

Judgment is hereby entered on behalf of Defendants Tamara Smolchek and Meri Ramazio and against Plaintiff Merrill Lynch, Pierce, Fenner & Smith, Inc. and Plaintiff shall take nothing from Defendants in this action.  The arbitration award in favor of Defendants Tamara Smolchek and Meri Ramazio is confirmed, for which execution shall issue.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 17th day of September, 2012.

_____
KENNETH A. MARRA
United States District Judge